IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | Criminal Action No. 06-00138-KD-C |
| ) | |
| TAMARCUS MARKEITH THOMAS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This action is before the Court on Defendant Tamarcus Markeith Thomas' motion to terminate supervised release (doc. 276) and the United States' response (doc. 278). Upon consideration, and for the reasons set forth herein, the motion is GRANTED.[1]

In 2006, Thomas plead guilty to Count One charging conspiracy to possess with intent to distribute cocaine base (doc. 167). He was sentenced to serve 172 months in prison with ten-years of supervision to follow (Id.). In 2011, Thomas' motion for reduction of sentence pursuant to Amendment 750 to the United States Sentencing Guidelines was granted. His sentence was reduced to 142 months. His ten-year term of supervision began September 29, 2017.

Thomas now moves for early termination of supervision. As grounds, Thomas states that he is a commercial truck driver and has maintained consistent employment and complied with all conditions of supervision. He seeks early termination so that that he may travel for work "in different parts of the United States" to "provide better opportunity in life." (doc. 276).

As to Thomas's conduct during supervision, his supervising Probation Officer reports that he has no violations or issues of non-compliance. However, because Thomas was found to be a career offender, Probation Office policy dictates an opposition to early termination. The United States has no opposition to early termination.

---

[1] No evidentiary hearing is necessary. The relief sought is favorable to Thomas, does not extend his term of supervised release, and the United States does not object (doc. 39). Fed. R. Crim. P. 32.1(c)(2)(B) & (C).

Pursuant to 18 U.S.C. § 3583(e)(1), after consideration of the relevant factors in 18 U.S.C. § 3553(a), the Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."  18 U.S.C. § 3583(e)(1).  "The relevant § 3553(a) factors are: (1) the nature and circumstances of the offense; (2) the defendant's history and characteristics; (3) the need for deterrence; (4) the need to protect the public; (5) the need to provide the defendant with educational and vocational training, medical care, or correctional treatment; (6) the applicable guideline range; (7) any pertinent policy statements set forth by the Sentencing Commission; (8) the need to avoid unwarranted sentencing disparities; and (9) the need to provide restitution." United States v. Cordero, 7 F. 4th 1058, 1069 (11th Cir. 2021) (citing 18 U.S.C. § 3583(e) U.S.C. § 3553(a)(1), (2)(B)–(D), (4)-(7)).

Thomas has completed almost eight years of his ten-year term. Thus, he meets the statutory one year of supervised release has expired.  Therefore, the Court considers the relevant factors in 18 U.S.C. § 3553(a) to determine whether his conduct and the interests of justice warrant early termination. Specifically, the "nature and circumstances" of Thomas's offense and his "history and characteristics" 18 U.S.C. § 3553(a)(1), as well as the need for the sentence imposed to "afford adequate deterrence to criminal conduct", and to "protect the public from further crimes of the defendant". 18 U.S.C. § 3553(a)(2)(B) & (C).  The Court specifically acknowledges that Thomas has maintained steady employment, complied with the conditions of supervision, and appears motivated to improve his life. Accordingly, the Court is satisfied that Thomas' present conduct and the interests of justice warrant early termination of supervision. See 18 U.S.C. § 3583(e)(1).

**DONE** and **ORDERED** this the 11th day of August 2025.

        <u>s / Kristi K. DuBose</u>
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**